*Samuel Wood* v. *Rebecca Wood.* KINNEY & TOWNSEND, for complainant. Usual decree for divorce, and awarding custody of the children to the complainant.

*William Stevens* v. *David Rising et al.* B. R. WOOD and S. STEVENS, for appellant; S. CHEEVER, for respondent.— Decree appealed from affirmed with costs.

───────────────────────────────

☞ The delay in the publication of the present No. is caused by the derangement of our office occasioned by the recent fire in this village.